UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Keith Sullivan,

Plaintiff

v.

Kenneth Williams, et al.,

Defendants

Case No. 2:26-cv-00131-CDS-MDC

**Suggestion of Death**

This action began with a civil-rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* by state prisoner Keith Sullivan. ECF Nos. 1-1, 1, 4. It has come to my attention that, according to the Nevada Department of Corrections inmate database, Sullivan is deceased. Federal Rule of Civil Procedure 25(a)(1) provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." "A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). No party has filed a suggestion of death in this action, but that is not surprising considering this case is still in the screening stage and Sullivan is the only party who has appeared.

**Conclusion**

I therefore order that Sullivan's application to proceed *in forma pauperis* **[ECF Nos. 1, 4] is denied as moot**.

I order that the Office of the Attorney General of the State of Nevada has until March 26, 2026, to serve a copy of this order on Sullivan's representative or next of kin and file proof of that service with the court.

I order that Sullivan's successor or representative, or any party, has until June 2, 2026, to file a motion under Rule 25(a)(1) to substitute the proper party for Sullivan.

The Clerk of Court is kindly directed to add the Nevada Department of Corrections to the docket as an interested party and electronically provide a copy of this order and copies of all items previously filed in this case by regenerating the Notices of Electronic Filing on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the interested party on the docket. This does not indicate acceptance of service.

Dated: March 4, 2026

_____
Cristina D. Silva
United States District Judge

2