UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Keith Sullivan,

              Plaintiff

v.

Kenneth Williams, et al.,

              Defendants

Case No. 2:26-cv-00131-CDS-MDC

**Order Dismissing and Closing Case**

On March 4, 2026, after being informed that plaintiff Keith Sullivan was deceased, I entered a suggestion of death upon the record and ordered that this action would be dismissed unless any party or Sullivan's successor or representative filed a motion for substitution under Federal Rule of Civil Procedure 25(a)(1) by June 2, 2026. ECF No. 5. I ordered the State to provide Sullivan's representative or next-of-kin with a copy of my order. *Id.* at 1. The Nevada Department of Corrections entered a limited notice of appearance and filed a notice demonstrating that it complied with my order on March 27. ECF Nos. 6, 8. The deadline to move to substitute for the decedent-plaintiff under Rule 25 has expired without any person filing a motion or other response.

I therefore order that this action is dismissed without prejudice under Federal Rule of Civil Procedure 25(a)(1).

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

Dated: June 18, 2026

                                  _____
                                  Cristina D. Silva
                                  United States District Judge